IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RAYMOND WASHINGTON, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SMITH & NEPHEW, ) <br> ) <br> Defendant. ) | No. 2:23-cv-02760-TLP-atc <br><br> JURY DEMAND |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pro se Plaintiff Raymond Washington sued here in December 2023, alleging age and race discrimination against Smith & Nephew. (ECF No. 1.) Plaintiff asserts that he suffered disparate treatment, a hostile work environment, and retaliation. (*Id.*)

Under Administrative Order 2013-05, the Court referred this case to Magistrate Judge Annie T. Christoff for management of all pretrial matters. The Parties moved for summary judgment (ECF Nos. 33, 37), and Judge Christoff issued a Report and Recommendation ("R&R") in July 2025 (ECF No. 39). In the R&R, Judge Christoff recommends granting summary judgment in favor of Defendant on all claims. (*Id.*)

**LEGAL STANDARD**

A magistrate judge may submit to a district court judge proposed findings of fact and a recommended ruling on certain dispositive pretrial matters, including motions for summary judgment. 28 U.S.C. § 636(b)(1)(A)–(B). And the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge]." 28 U.S.C. § 636(b)(1). A party may object to the proposed findings and recommendations "[w]ithin 14 days

1

after being served with a copy of the recommended disposition." Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1). If neither party objects, then the district court reviews the R&R for clear error. Fed. R. Civ. P. 72(b) advisory committee's note. Judge Christoff entered her R&R in July 2025. Neither party objected, and the time to do so has now passed. The Court therefore reviews the R&R for clear error.

## DISPOSITION AND CONCLUSION

Having reviewed the record, the Court finds no clear error in Judge Christoff's R&R. The Court agrees with Judge Christoff that Plaintiff has not shown any basis to connect his experience at Smith & Nephew with race- or age-based discrimination. As Judge Christoff points out, employment discrimination claims require race or age to play a role in the adverse action the plaintiff suffered. (*See generally* ECF No. 39 (citing cases).) And Plaintiff alleges no facts suggesting Defendant acted on an improper basis. (*Id.*; *see also* ECF Nos. 37, 38.)

Accordingly, the Court **ADOPTS** the R&R (ECF No. 39), **DENIES** Plaintiff's Motion for Summary Judgment (ECF No. 33), and **GRANTS** Defendant's Motion for Summary Judgment (ECF No. 37).

**SO ORDERED**, this 12th day of August, 2025.

                                      s/Thomas L. Parker  
                                      THOMAS L. PARKER  
                                      UNITED STATES DISTRICT JUDGE